JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARTUR BALBABYAN,<br>Petitioner,<br>v.<br>TODD BLANCHE,<br>Respondents. | Case No. 5:26-cv-03879-SP<br><br>**JUDGMENT** |

Pursuant to the Memorandum Opinion and Order Granting Petition filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: September 11, 2026



SHERI PYM
United States Magistrate Judge